PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | |
| | ) | CASE NO. 4:22-CV-1968 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| VIK DEV LLC, | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | [Resolving ECF No. 8] |

Plaintiff Derek Mortland brings this action against Vik Dev LLC, for: (i) denial of access by a public accommodation in violation of the Americans with Disabilities Act (42 U.S.C. § 12101, *et seq.*); and (ii) denial of full and equal access in violation of ORC § 4112.02, *et seq.*

Pending is Plaintiff's Motion for Default Judgment (ECF No. 8), filed and served on June 15, 2023, in this action against Vik Dev LLC. The Court has been advised, having reviewed the file and applicable law.

Defendant was duly served with summons and the Complaint (ECF No. 1) on November 2, 2022, by personal service (ECF No. 3). Pursuant to Fed. R. Civ. P. 4(e)(1), Ohio R. Civ. P. 4.6(D), and Local Rule 4.2(c), Defendant had 28 days from the date process was mailed to file and Answer. Defendant has failed to plead or otherwise defend. On March 21, 2023, the Clerk entered the default of Vik Dev LLC (ECF No. 7).

For good cause shown, Plaintiff's Motion for Default Judgment is granted.

IT IS SO ORDERED.

January 25, 2024                               */s/ Benita Y. Pearson*
Date                                            Benita Y. Pearson
                                                United States District Judge